**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>04-CV-1194, 04-CV-1254, 04-CV-2022, 05-CV-0023, 05-CV-0764, 05-CV-1048, 05-CV-1506, 05-CV-1592, 05-CV-1607, 05-CV-1971, 05-CV-1983, 05-CV-2104, 05-CV-2223, 05-CV-2348, 05-CV-2371, 05-CV-2380, 05-CV-2386, 06-CV-1690, 06-CV-1725, 07-CV-2337, 08-CV-1207, 08-CV-1236, 08-CV-1360, 08-CV-1440, 08-CV-1645, 08-CV-2083, 09-CV-0031, 09-CV-0745, 09-CV-0873, 09-CV-1385, 09-CV-1462, 10-CV-0407, 10-CV-1020, 11-CV-0923, 15-CV-0681, 15-CV-1257, 16-CV-1462, 16-CV-2358, 17-CV-1928 |

**NOTICE REGARDING CAMP II, BUILDING 8**
**EXHIBIT 1**

## DECLARATION OF REAR ADMIRAL EDWARD CASHMAN

I, Rear Admiral Edward Cashman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Rear Admiral in the United States Navy. I serve as the Commander of Joint Task Force-Guantanamo (JTF-GTMO), at Naval Station, Guantanamo Bay, Cuba (NSGB). I have held this position since 7 April 2017. As such, I am responsible for the safe and humane care and custody of detainees, including those convicted by military commission. My primary concerns are the health and safety of my service members, the humane treatment and security of the detainees, and the ability to maintain and defend my areas of operation.

2. I make the following statements based upon my years of service and experience in the United States military, personal knowledge, and information made available to me in my official capacity, as well as my assessments and evaluations of the current status of detention operations at JTF-GTMO. I have served in the United States Armed Forces for over 29 years at various levels of command and staff. In addition to commanding *USS Mustin (DDG-89)*, an *Arleigh Burke*-class destroyer, and Destroyer Squadron FIVE ZERO, a squadron of surface vessels, I have served in various other capacities as a career Surface Warfare Officer. I also served as the Chief of Staff for Commander, U.S. Naval Forces Central Command; as a Fellow at the Chief of Naval Operations Strategic Studies Group; as a staff officer at U.S. FIFTH Fleet, and a member of the Pacific Fleet Nuclear Propulsion Examining Board; and as a Surface Operations Officer for Carrier Strike Group THREE, in addition to various other tours.

3. As Commander, JTF-GTMO, in addition to and consistent with my responsibilities enumerated above, I must remain a good steward of taxpayer dollars. As part of

that responsibility, I am continuously examining the physical facilities and footprint of JTF-GTMO to assess their necessity and usefulness.

4. Camp Delta is the area of JTF-GTMO that contains old detention facilities previously used for the non-high value detainees. Camp Delta comprises multiple separate detention areas (Camps I-VI). Camp II contained a detention area used to house detainees in the past as well as several detached modular structures used for other purposes. Building 8 is located in Camp II of the Camp Delta complex. Building 8 is a relatively small, detached temporary modular structure, constructed in 2003, and was never used to house detainees. The dimensions of Building 8 are 32 feet wide by 96 feet long. Between 2004 and 2011, Building 8 was used by several federal agencies for interviews and intelligence gathering; it has also been used by the Federal Bureau of Investigation (FBI) as administrative spaces. This building is no longer required for any purpose by JTF-GTMO or the FBI, and is well past its service life expectancy.

5. Given the climate of Guantanamo Bay, and its deleterious impact on buildings despite prolonged attempts at interior temperature and humidity control, Building 8 has become generally unfit for any useful purpose and presents a potential health hazard. The building is showing external as well as internal aging, minor leaks, and has become a habitat for rodents and lizards and their residue. Therefore, my intent is to demolish Building 8. There are no plans or requirements to repair or refurbish this building in the future in support of JTF-GTMO operations as it is not suitable for any other purpose. Building 8 sits on property that could be utilized more efficiently and effectively for a variety of other purposes.

6. The FBI, Laboratory Division, conducted an operational site survey of Camp II in June of 2011 and again in August and September of 2017 to collect various types of data and

recordings about Camp II, to include Building 8. The FBI's data could be used to create a fair and accurate representation of the facility to include a three-dimensional model of Building 8 that shows all areas of the building where detainees have ever been present. The building was completely documented. This data will be preserved.

7. I intend to begin deconstructing Building 8 as soon as practicable after 1 May 2018, but no earlier than two weeks following the submission of this declaration to the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: 16APR18

Edward Cashman
Rear Admiral, U. S. Navy
Commander, Joint Task Force Guantanamo