```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
NASHWAN AL-RAMER ABDULRAZZAQ   )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 17-1928 (EGS)
                              )
DONALD J. TRUMP, et al.,      )
                              )
          Defendants.         )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioner's motion to lift stay is **HELD IN ABEYANCE**; and it is further

**ORDERED** that Petitioner's motion for preliminary injunction is **DENIED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          September 26, 2019**